STATE, Respondent, v. McFARLAND, Appellant.

(240 N. W. 203.)

(File No. 7226. Opinion filed January 16, 1932.)

*W. P. Rooney* and *E. B. Adams,* both of Hot Springs, for Appellant.

*M. Q. Sharpe,* Attorney General, *C. S. Eastman,* State's Attorney, of Hot Springs, and *Herman L. Bode,* Assistant Attorney General, for the State.

PER CURIAM. Appellant was convicted of the offense of grand larceny. A careful consideration of the record before us and the contentions of appellant fail to disclose any prejudicial error.

The judgment and order appealed from are therefore affirmed.

All the Judges concur.